UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-cr-101-KKM-SPF

BRANDON WILLIAMS

_____/

**REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA**

On March 29, 2022, by consent, the Defendant appeared before me under Federal Rule of Criminal Procedure 11 and pleaded guilty to Count One of the Indictment. After cautioning him and examining him under oath about each Rule 11 matter, I found his plea was intelligently, knowingly, and voluntarily made, and the facts he admitted establish the elements of the charged offense. I therefore recommend accepting his plea and adjudicating him guilty of Count One of the Indictment.

For the proceeding, I was present in chambers. The Defendant, defense counsel and prosecutor appeared by videoconferencing. After having conferred with his attorney, the Defendant consented to proceed with the plea hearing by videoconferencing. During the hearing, the Defendant's image and voice were both clear. The Defendant indicated that he understood everything that was discussed. The Court proceeded without the Defendant physically present because, during the national emergency created by the novel coronavirus, his physical presence would seriously jeopardize public health and safety. *See In re The Nat'l Emergency Declared on March 13, 2020*, No. 8:20-mc-25, Administrative Order at Doc. 9 (M.D. Fla. October 28, 2021) (implementing Coronavirus Aid, Relief, and Economic Security Act, H.R. 748 ["CARES Act"], and March 27, 2020, action by Judicial Conference authorizing

videoconferencing under certain circumstances). In addition, all parties agreed, and the Court found, that further delay of the plea would cause serious harm to the interests of justice. Specifically, the charges have been pending for a significant amount of time and the Defendant wants to plead now in order to timely demonstrate his acceptance of responsibility.

**REPORTED** in Tampa, Florida, this 29th day of March 2022.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

<u>NOTICE TO PARTIES</u>

A party has fourteen (14) days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections, or to move for an extension of time to do so, waives that party's right to challenge on appeal any unobjected-to factual finding(s) or legal conclusion(s) the District Judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).