UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                   CASE NO. 8:21-cr-101-KKM-SPF

BRANDON WILLIAMS

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a one-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant provided truthful and timely information to the United States which assisted the United States in an ongoing investigation.

The United States believes that, because of his efforts on behalf of the United States, Williams should receive a one-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                              Respectfully submitted,

                                              ROGER B. HANDBERG
                                              United States Attorney

                                              */s/Rachel K. Jones*
                                              Rachel K. Jones
                                              Assistant United States Attorney
                                              Florida Bar No. 0091492
                                              400 N. Tampa St., Ste. 3200
                                              Tampa, FL 33602-4798
                                              Telephone: (813) 274-6000
                                              Facsimile: (813) 274-6358
                                              Email: Rachel.Jones@usdoj.gov

U.S. v. McNeely, et al.                                  Case No. 8:21-cr-101-KKM-SPF

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Adrian Burden
    Matthew Mueller
    Ron Marzullo

                                      /s/Rachel K. Jones
                                      Rachel K. Jones
                                      Assistant United States Attorney
                                      Florida Bar No. 0091492
                                      400 N. Tampa St., Ste. 3200
                                      Tampa, FL 33602-4798
                                      Telephone: (813) 274-6000
                                      Facsimile: (813) 274-6358
                                      E-mail: Rachel.Jones@usdoj.gov