AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

OCT 5 2023 AM 10:19
FILED - USDC - FLMD - TPA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:21-cr-101-KKM-SPF |
| Brandon Williams | ) | |
| *Defendant* | ) | |

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brandon Williams,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit mail and wire fraud, in violation of 18 U.S.C. § 1349.

MIDDLE DIST. OF FLORIDA TAMPA
2021 MAR 10 PM 6:00
RECEIVED U.S. MARSHAL

Date: 3-10-2021

*Jessica Dahl*
*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH M. WARREN, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/10/21, and the person was arrested on *(date)* 4/13/21
at *(city and state)* TAMPA, FL.

Date: 10/3/23

*Arresting officer's signature*

MARIO PRICE, DUSM
*Printed name and title*